

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

CHELSEA WEISBORD
CWEISBORD@SOKOLOFFSTERN.COM

October 7, 2024

Via ECF
Honorable Gary R. Brown
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *McLoughlin v. Village of Southampton*
            Docket No. 23-cv-06586 (GRB)(AYS)

Your Honor:

    This firm represents Defendant Village of Southampton. I write, on behalf of all parties, to inform the Court that the parties have reached a settlement and are in the process of consummating it. Accordingly, we respectfully request that any pending deadlines in this action be adjourned *sine die*.

    Thank you for your consideration of this matter.

                              Respectfully submitted,

                              SOKOLOFF STERN LLP

                              *Chelsea Weisbord*

                              CHELSEA WEISBORD

cc: The Law Firm of Adam C. Weiss, PLLC (via ECF)